

U.D.C. SDNY
DOCUMENT
ELECTRONICALLY FILED

7/19/2011

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, <br><br> Plaintiff, <br><br> -against- <br><br> NYCOMED US Inc. <br><br> Defendant. | Civil Action No. <br> 1:11-cv-04551-DLC <br><br> **ECF Case** |

### STIPULATION AND ORDER WITHDRAWING MOTION

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that defendant Nycomed US Inc. ("Nycomed") hereby withdraws without prejudice its Motion to Dismiss the Complaint, filed February 15, 2011 (D.I. 11). Nycomed shall have through and including July 29, 2011 to file and serve its answer and any counterclaims to the complaint. Each party shall bear its own costs and fees incurred in connection with the Motion.

Dated: July 15, 2011

Andrew M. Berdon
andrewberdon@quinnemanuel.com
Robert B. Wilson
robertwilson@quinnemanuel.com
James E. Baker
jamesbaker@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 (tel.)

David B. Bassett
david.bassett@wilmerhale.com
David A. Manspeizer
david.manspeizer@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800 (tel.)
(212) 230-8888 (fax)

So ordered.

_Denise Cote_
July 18, 2011

_____          _____

*Attorneys for Plaintiff Medicis*          *Attorneys for Defendant Nycomed US Inc.*
*Pharmaceutical Corporation*


SO ORDERED this _____, day of _____, 2011


                                        _____
                                        United States District Court Judge


2