Cote_S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MEDICIS PHARMACEUTICAL
CORPORATION,

    Plaintiff,

-against-

NYCOMED US Inc.

    Defendant.

Civil Action No.
1:11-cv-04551-DLC

ECF Case

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for defendant Nycomed US Inc. ("Nycomed") to file and serve its answer and any counterclaims to the complaint is hereby extended through and including August 12, 2011.

Dated: July 25, 2011

_____
Andrew M. Berdon
andrewberdon@quinnemanuel.com
Robert B. Wilson
robertwilson@quinnemanuel.com
James E. Baker
jamesbaker@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 (tel.)

*Attorneys for Plaintiff Medicis Pharmaceutical Corporation*

_____
David B. Bassett
david.bassett@wilmerhale.com
David A. Manspeizer
david.manspeizer@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800 (tel.)
(212) 230-8888 (fax)

*Attorneys for Defendant Nycomed US Inc.*

So ordered.

/s/ Denise Cote
July 27, 2011

SO ORDERED this _____, day of _____, 2011

_____
United States District Court Judge